# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA HERNANDEZ DE MUNOZ,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:18-cv-00483-SAB<br><br>ORDER RE STIPULATION TO EXTEND BRIEFING SCHEDULE<br><br>(ECF No. 15) |

On December 17, 2018, Plaintiff filed a stipulation whereby the parties agreed to an extension of time for Plaintiff to file her opening brief. (ECF No. 15.) Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Plaintiff's opening brief shall be filed on or before January 11, 2019;

2. Defendant's response shall be filed on or before February 11, 2019; and

3. Plaintiff's reply, if any, shall be filed on or before February 26, 2019.

IT IS SO ORDERED.

Dated:  __December 17, 2018__ _____

UNITED STATES MAGISTRATE JUDGE

1